## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MICHAEL GREEN, ) | Civil Action No. 1:13-cv-1897 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on May 21, 2014. Defendant filed a response on June 9, 2014, stating that she does not object to an award in the amount of $4,557.27 in attorney's fees and $350.00 in costs and expenses under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,557.27 in attorney's fees and $350.00 in costs and expenses under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

June 10, 2014
Charleston, South Carolina